Decided June 11, 1997

AMY JEANNE CONWAY *v.* TOWN OF WILTON ET AL.

The petition by the defendant Connecticut Association of Secondary Schools for certification for appeal from the Appellate Court, 45 Conn. App. 17 (AC 13524), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Hugh W. Cuthbertson*, in support of the petition.

Decided June 11, 1997